IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DURECO K. BROWN,
    Plaintiff,

vs.                                     Case No.:  3:13cv545/RV/EMT

D. McGOWAN
and M. NICHOLS,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 13, 2014 (doc. 63).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' motion to dismiss (doc. 54) is **GRANTED IN PART** as follows:

    a.    The motion is **GRANTED** as to Plaintiff's claims for monetary damages against Defendants in their official capacities, and those claims are **DISMISSED with prejudice**;

    b.    The motion is **DENIED** as to Plaintiff's remaining claims.

**DONE AND ORDERED** this 11th day of September, 2014.

                                  /s/ *Roger Vinson*
                                  **ROGER VINSON**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**