IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DURECO K. BROWN,
    Plaintiff,

vs.                              Case No.:  3:13cv545/RV/EMT

D. McGOWAN
and M. NICHOLS,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 12, 2014 (doc. 78).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Plaintiff has filed a "Notice of Appeal" with a memorandum in support (doc. 79) which will be treated as an objection to the Report and Recommendation.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' motion for summary judgment (doc. 69) is **GRANTED**;

3.    Plaintiff's motion for summary judgment (doc. 67) is **DENIED**; and

4.    The clerk is directed to enter judgment in favor of Defendants and against Plaintiff and close the file.

**DONE AND ORDERED** this 29th day of December, 2014.

                                            /s/  *Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**